WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**VIRGINIA ROSE JACOB**,                     Case No. 3:11-cv-1018-HZ

    Plaintiff,

vs.                                          ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $4,284.59 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 370578, Las Vegas, NV 89137.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 15th day of November, 2012.

    /s/ Marco A. Hernandez
    MARCO A. HERNANDEZ
    United States District Judge

Submitted on November 9, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(702) 240-0184
   Attorney for Plaintiff

ORDER - Page 1